IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-48-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUNTRUST BANK MONEY MARKET ACCOUNT NUMBERED 1000079046610, VALUED AT $4,730.88 | ) ) ) |
| | ) |
| AND | ) |
| | ) |
| SUNTRUST BANK CHECKING ACCOUNT NUMBERED 0000005035716, VALUED AT $3,818.08, | ) ) ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Marshal's Service pursuant to said process;

1

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry #  9  ;

5. The U. S. Marshal's Service is hereby directed to dispose of the defendants according to law; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this **5** day of **December**, 2012.

*/s/ James Dever*
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

3